**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MEDHOST DIRECT, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:22-cv-00278** |
| | ) | |
| **APOLLO REHAB HOSPITAL, LLC d/b/a** | ) | **JUDGE CAMPBELL** |
| **SUGARLAND REHAB HOSPITAL,** | ) | **MAGISTRATE JUDGE NEWBERN** |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is the Magistrate Judge Newbern's Report and Recommendation (Doc. No. 36), which was filed on August 29, 2023. Through the Report and Recommendation, Judge Newbern recommends that Defendant Apollo Rehab Hospital LLC's motion to set aside entry of default (Doc. No. 19) be granted. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, Defendant Apollo Rehab Hospital LLC's motion to set aside entry of default (Doc. No. 19) is **GRANTED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE